4



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

**FILED**
MAR 1 3 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO.: 15-2945

I, PATRICK ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 2666 Northfield Dr. East Petersburg PA

The public sale was held on 3-7-2017

and the highest bidder was LEVENTRY REAL ESTATE

who bid the amount of $ 88,500.00

By: _____
Deputy U.S. Marshal



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Mervin S. Garman

ADDRESS: 118 Jeanel Circle

Lititz, Pa 17543

PHONE (DAY): 717-314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed

87,000.-

88,000.-



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

NAME: Leventry Real Estate LLC

ADDRESS: 2547 Lititz Pike

Lancaster, PA 17601

PHONE (DAY): ~~717-420-2972~~   (717) 587-3675

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

_____
The above is precisely how the name(s) are to appear in the deed

86,843.00

87,500.00

88,500.00   Winning Bid

Marshal's Sale    3-7-2017    Lancaster

GARMAN            LEVENTRY R.B.

87,000            86,843.-
88,000            87,500.
                  88,500