


## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
    Plaintiff

v.

BARBARA A. GANT
    Defendant

Civil Action No: 15-02945

**FILED**
**APR 12 2017**
KATE BARKMAN, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 11th day of April 2017, upon consideration of Plaintiff's Motion, which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on March 07, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Mervin S. Garman, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of BARBARA A. GANT in and to the premises sold located at 2666 Northfield Drive, East Petersburg, PA 17520.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
JOSEPH F. LEESON, JR., J.