UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:15-cv-02945 |
| BARBARA A. GANT, | : | |
| Defendant. | : | |

**O R D E R**

And now, this 3rd day of May, 2017, upon consideration of Plaintiff's Amended Motion for Confirmation of Public Sale, ECF No. 14, it is **ORDERED** as follows:

1. This Court's Order dated April 11, 2017, ECF No. 13, is **VACATED**.[1]

2. The public sale held on March 7, 2017, is confirmed.

3. The United States Marshal for the Eastern District of Pennsylvania is directed to execute and deliver to Leventry Real Estate, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of Barbara A. Gant in the premises sold at 2666 Northfield Drive, East Petersburg, PA 17520.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The April 11, 2017 order incorrectly specified the name of the winning bidder.

1