# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>　vs.<br><br>BARBARA A. GANT<br><br>　　　　　　　Defendant(s) | CIVIL NO. 15-02945<br><br>**FILED**<br>AUG 03 2017<br>By KATE BARKMAN, Clerk<br>　　　　　　Dep. Clerk |

## ORDER

**AND NOW**, this 3rd day of August, 2017, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 2666 Northfield Drive East Petersburg, PA 17520 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.,　J.